UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| RAIMUNDO AMBROS CASTRO, | Case No. CV16-726-AC |
|---|---|
| PLAINTIFF, | |
| v. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

## ORDER

The Court, having read the Affirmation and supporting Memorandum dated the 10th day of October, 2017, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $6,705.26 be granted and costs be granted in the amount of $400.00, payable from the Judgment Fund. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), payment of this award shall be sent to Plaintiff's attorney, Charles E. Binder, at his address.

Signed: October 24, 2017
Entered:

_____
HONORABLE John V. Acosta
United States Magistrate Judge